IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 3:09-CR-64 |
| ) | |
| RONALD THOMPSON-BEY, ) | (PHILLIPS/GUYTON) |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

A Report and Recommendation [Doc. 183] has been forwarded to the undersigned recommending that this case be certified as extended and/or complex. Counsel for Defendant Ronald Thompson-Bey has been appointed pursuant to the Criminal Justice Act (18 U.S.C. § 3006A) and has filed a motion [Doc. 161] to declare this case complex for purposes of court-appointed attorney's fees.

The Report and Recommendation points out that the single-count indictment charges eleven (11) defendants with engaging in a conspiracy to distribute heroin over approximately seven months and in at least two states. The Report and Recommendation further points out that this case is currently set for trial on September 14, 2010, that novel and difficult legal issues have been raised, and that voluminous discovery materials are involved in this litigation. Pretrial proceedings have already required more time than the usual case, and the investigation by defense counsel will necessarily be extensive and prolonged. Because of the number of defendants, the nature of the

1

charge asserted in the indictment, the large amount of discovery, and the novel and unusual suppression issues raised, it is the opinion of the undersigned that this case meets the definition of "complex" and "extended" and that excess payments may be necessary to provide fair compensation to counsel.

The Court agrees with the Report and Recommendation and hereby **ADOPTS** the same. This Order adopting the Report and Recommendation, along with a copy of the Report and Recommendation and an Order concerning excess and interim payments, approved by the undersigned, shall be forwarded to the United States Court of Appeals for the Sixth Circuit, to the attention of the Chief Judge of the Circuit or her designee.

**IT IS SO ORDERED.**

ENTER:

_____
Thomas W. Phillips
UNITED STATES DISTRICT JUDGE

2