UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-64 |
| | ) | (Phillips) |
| **RONALD THOMPSON-BEY,** | ) | |

## ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation ("R&R") [Doc. 174] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on January 13, 2010, is hereby **ACCEPTED IN WHOLE**. Accordingly, defendant's Motion to Dismiss the Indictment [Doc. 116] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge