# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:09-CR-64 |
| | ) (Phillips) |
| RONALD THOMPSON-BEY, | ) |

## MEMORANDUM AND ORDER

On January 12, 2010, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 170] in which he recommended to deny Defendant's Motion to Suppress Physical Evidence [Doc. 115] and to deny Defendant's Motion to Suppress Statements [Doc. 118] (styled as "Memorandum of Points and Authorities in Support of Motion of Defendant Ronald Thompson-Bey to Suppress"). The parties appeared before Judge Guyton for an evidentiary hearing on November 3, 2009. Following the hearing, the Government filed a supplemental brief [Doc. 143], and Defendant filed a supplemental brief [Doc. 151]. On January 12, 2010, Judge Guyton filed the R&R [Doc. 170]. On February 5, 2010, Defendant filed objections to the R&R [Doc. 197].[1]

This matter is presently before the Court on Defendant's timely objections to the R&R [Doc. 197]. As required by 28 U.S.C. § 636(b)(1), the Court has now undertaken a *de novo* review of those portions of the R&R to which Defendant objects.

---

[1] Defendant's objections are timely because he was granted an extension to file objections to the R&R [Doc. 170] up to and including February 5, 2010. [Doc. 193].

1

Defendant does not raise any new arguments in his objections, and the Court finds itself in agreement with Judge Guyton's analysis of the legal issues.  Consequently, Defendant's objections [Doc. 197] will be **OVERRULED**, and the R&R [Doc. 170] will be **ACCEPTED IN WHOLE**.  Accordingly, for the reasons articulated by Judge Guyton in the R&R [Doc. 170], Defendant's Motion to Suppress Physical Evidence [Doc. 115]  and Defendant's Motion to Suppress Statements [Doc. 118] (styled as "Memorandum of Points and Authorities in Support of Motion of Defendant Ronald Thompson-Bey to Suppress") will be **DENIED**.

**IT IS SO ORDERED.**

            **ENTER:**

              s/ Thomas W. Phillips
             United States District Judge